IN THE SUPREME COURT OF NORTH CAROLINA

2022-NCSC-58

No. 126PA20

Filed 6 May 2022

STATE OF NORTH CAROLINA

v.

ISIAH BOYD

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, No. COA19-543, 2020 WL 774113 (N.C. Ct. App. Feb. 18, 2020), finding no error in a judgment entered on 19 July 2018 by Judge Hugh B. Lewis in Superior Court, Mecklenburg County. Heard in the Supreme Court on 21 March 2022.

*Joshua H. Stein, Attorney General, by Keith T. Clayton, Special Deputy Attorney General, for the State-appellee.*

*Jason Christopher Yoder for defendant-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.